## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan M. Azrack     **DATE:** 1/6/12

**DOCKET NUMBER:** 91 CR 173 (NG)     **LOG #:** 3:18 — 3:20

**DEFENDANT'S NAME:** Calvin Bacote
✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL:** Douglas Morris
✓ Federal Defender     ___ CJA     ___ Retained

**A.U.S.A:** Darren LaVerne     **DEPUTY CLERK:** F. Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held.  Detention Hearing adjourned to 1/11/12 @ 11 AM

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.   Code Type___ Start___ Stop___

___ Defendant's first appearance.   ✓ Defendant arraigned on the ~~indictment~~ violation of Probation

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to ALL counts of the ~~indictment~~ violation of Probation

✓ Status conference set for 1/18/12 @ 10:45 before Judge Gershon

**OTHERS:** USPO ~~Officer~~ Margaret Foley present. Temporary order of detention entered.