## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Ramon E. Reyes, Jr.          **DATE :** 1/11/12

**DOCKET NUMBER:** 91CR173(NG)          **LOG #:** 11:33-11:58

**DEFENDANT'S NAME :** Calvin Bacote
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Douglas Morris
✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Darren LaVerne          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

_Bail_ ____ Hearing held.   ____ Hearing adjourned to ____

✓ Defendant was released on $100,000 ____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

4 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type ____   Start ____   Stop ____

____ Order of Speedy Trial entered.   Code Type ____   Start ____   Stop ____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____ @ ____ before Judge ____

**OTHERS:** Defense counsel presents bail package with 4 sureties; gov't opposes on flight risk; court grants application