**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

April 17, 2012

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Calvin Bacote, 91 CR 0173 (NG)</u>

Your Honor:

    Because I have just realized that I have a scheduling conflict with the status conference scheduled for tomorrow, April 18, at 12:30 p.m., I respectfully request an adjournment until Tuesday, April 24, at 3:30 p.m., which time Your Honor's case manager, Mr. Victor Joe has told me is available to the Court and which is also convenient for Assistant U.S. Attorney Darren Laverne and Probation Officer Javier G. Enciso.

    Thank you for your attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc: Assistant U.S. Attorney Darren Laverne

    U.S. Probation Officer Javier G. Enciso

    Clerk of the Court

    Mr. Calvin Bacote