**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

July 9, 2012

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Calvin Bacote, 91 CR 0173 (NG)</u>

Your Honor:

      To provide time to prepare a short sentencing submission, I respectfully request a short adjournment of sentencing from Wednesday, July 11, at 10:00 a.m., until Friday, July 27, at 10:30 a.m., which time Your Honor's case manager, Mr. Victor Joe has told me is available to the Court and which is also convenient for Assistant U.S. Attorney Darren Laverne.  I have been unable to reach Probation Officer Javier G. Enciso but left a voice mail on his machine.

      Thank you for your attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:    Assistant U.S. Attorney Darren Laverne

       U.S. Probation Officer Javier G. Enciso

       Clerk of the Court

       Mr. Calvin Bacote