# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 16, 2012

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Calvin Bacote, 91 CR 0173 (NG)</u>

Your Honor:

    For the Court's consideration for sentencing, I am attaching a letter from my client, Mr. Calvin Bacote.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:    Assistant U.S. Attorney Darren Laverne

       U.S. Probation Officer Javier G. Enciso

       Clerk of the Court

       Mr. Calvin Bacote

107 West 104 street
New York New York, 10025

July 15, 2012

To The Honorable Judge; _____

Your honor, I'm writing this letter to you from a place that I have never been, At peace. Although I have traveled for a very long time learning the hard way, I am now at the age where enough is enough. It took a very long time to grow up, but at this point in my life I've reached the cross roads to realize my responsibilities and be more of a man in going about things I need to be responsible for. I finally realize that if I want to change, I have to change the way I think and most of all, The people I have around me. I feel I've done that. I have a great system of people around me now. I no longer walk with trouble. Trouble does not follow me any more.

    Your Honor, There's no way that I can try to defend my past, so I will do my best to defend my future. I've wasted half my life already at this point going in and out of jail. I've caused a lot of hurt and pain through out the years with family and friends. This past visit in jail had broke me down and I've come to the realization that I cant do it any more. I don't have the strength to do wrong any more.

    Your Honor, I will be the first to say, that when I went back in the system in 2009, I turned a bad situation into a blessing. I reached out for help this time and went to numerous meetings at the psychology department. Most importantly, I gave myself to God. Once I attained my renewed faith, I began to receive better clarity in my future. While serving out the last 15 months of my jail time, I chose to write a book.   My life story. I hope to exploit the many mistakes I made in my life in hopes to prevent any one who reads it to avoid the type of life that I use to live.

    Your Honor, I am now 46 years old. I have great balance in my life now. My foundation is as strong as it has ever been. Aside from having 3 beautiful children, and about to be a grandfather, I am currently engaged with another child on the way. I will be the first to say that, I am too old to be getting in trouble. The recidivism for me and trouble is truly a lesson learned and not part of my future.   Serving This time, I really paid attention. I get the point. I have no more chances left, and I don't need any. I know how

productive a citizen I can be. In order to better my future, I've addressed my issues with my credit, taxes and other things that will provide better progress for myself. I know that I have to work hard like any other citizen. I finally have a career that I feel comfortable with in moving forward in being the car industry, I also plan to get more involved in doing motivational   speaking seminars as well.

Your Honor, I know I've fell down really hard, but I've gotten back up. I'm standing on my feet again. with a whole new mind frame and purpose. I've done more than enough time in jail. I only hope, pray, and ask the court and your honor to see the same. I'm better to help myself than to be in jail. That's not the life I live any more.

I thank you for your time in reading my letter.

Sincerely, *Calvin Bacote*